**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **CPR MANAGEMENT, S.A.,** | |
| *Petitioner,* | **CIVIL ACTION NO. 18-1973** |
| **v.** | |
| **DEVON PARK BIOVENTURES, L.P. &
DEVON PARK ASSOCIATES, L.P.,** | |
| *Respondents.* | |

## ORDER

**AND NOW**, this 29th day of May 2020, upon consideration of Petitioner CPR Management, S.A.'s Notice of Removal and Petition to Confirm the Arbitration Award [Doc. No. 1], Respondents Devon Park Bioventures, L.P. and Devon Park Associates, L.P.'s Counterclaims/Cross-Motion to Vacate or Modify the Arbitration Award [Doc. No. 18], the responses thereto, the related filings, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1) The Arbitration Award is **CONFIRMED**.

2) The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**